JOSEPH W. NORTH & SON, INCORPORATED, APPELLANT,
v. HERBERT S. NORTH, INDIVIDUALLY, AND AS
EXECUTOR OF JOSEPH W. NORTH, DECEASED. RE-
SPONDENT.

Submitted March 24, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, Union county circuit.

For the appellant, *Alfred F. Skinner* and *Carl A. Feick.*

For the respondent, *Abe J. David* and *Samuel Koestler.*

PER CURIAM.

For the reasons expressed in the opinion of this court in
the case of Herbert S. North *v.* Joseph W. North & Son, Inc.,
this day handed down, the judgment here appealed from is
affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH,
BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARD-
NER, JJ. 14.

*For reversal*—None.